In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-05-042 CV


____________________



JAMES KEYLICH, Appellant



V.



CHEVRON USA, INC., Appellee






On Appeal from the 253rd District Court


Liberty County, Texas


Trial Cause No. 59,315






MEMORANDUM OPINION (1)


 James Keylich, appellant, filed a request to dismiss this appeal. The Court finds
that this motion is voluntarily made by the appellant prior to any decision of this Court and
should be granted. Tex. R. App. P. 42.1(a)(1). No other party filed a notice of appeal.
The motion to dismiss is granted and the appeal is therefore dismissed.

 APPEAL DISMISSED. 

 PER CURIAM

Opinion Delivered March 17, 2005

Before McKeithen, C.J., Gaultney and Kreger, JJ.
1. Tex. R. App. P. 47.4.